No. 11, original.   GEORGIA *v.* PENNSYLVANIA RAILROAD Co. ET AL.   May 12, 1947.   Upon consideration of the motion of the State of Alabama for leave to file petition of intervention, the opposition thereto, and the Special Report of the Special Master thereon, the motion is denied.   *A. A. Carmichael,* Attorney General, and *Claud D. Scruggs,* Assistant Attorney General, for the State of Alabama.   *John Dickinson, Robert V. Fletcher* and *Hugh B. Cox* for the Pennsylvania Railroad Co. et al., and *William L. Grubbs, J. N. Flowers, Elmer A. Smith, W. R. C. Cocke, William H. Swiggart* and *S. R. Prince* for the Atlantic Coast Line Railroad Co. et al., defendants.

No. 137, Misc.   EX PARTE McMAHAN.   May 12, 1947.   The motion for leave to file a petition for writ of mandamus is denied.

No. 138, Misc.   MacBLAIN *v.* BURKE, WARDEN.   May 12, 1947.   The motion for leave to file a petition for writ of habeas corpus is denied.

No. 139, Misc.   EX PARTE REASOR.   May 12, 1947.   The motion for leave to file a petition for writ of certiorari is denied.

No. 1241.   FISHER *v.* NEW YORK.   May 12, 1947.   Petition for writ of certiorari to the County Court of Kings County, New York, dismissed on motion of the petitioner.